# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0940
_____

TERRY NELSON,

    Appellant/Cross Appellee,

    v.

BEHZAD GHAZVINI; THOMAS
ASBURY; MEHRAN P. GHAZVINI,
PREMIER CONSTRUCTION AND
DEVELOPMENT, INC., a Florida
corporation; GHAZVINI DE
FAMILLE, LLC, a Delaware
limited liability company; and
BUCKHEAD DEVELOPMENT OF
TALLAHASSEE, INC., a Florida
corporation,

    Appellees/Cross Appellants.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.


July 29, 2024


PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and BILBREY and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


James L. Dye of The Dye Law Firm, P.A., and David P. Healy of Dudley, Healy & Heath, PLLC, Tallahassee, for Appellant/Cross Appellee.

Daniel E. Manausa and Joshua Walters of Manausa, Shaw & Minacci, P.A., Tallahassee, for Appellees/Cross Appellants.